UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Crosby,

Plaintiff,

v.

Ass'n for Lutherans,

Defendant.

Civil File No. 00-2112 (MJD/JGL)

NOTICE OF HEARING

---

Oral Argument on the Defendant's Motion to Transfer Venue and Plaintiff's Motion for Default Judgment is scheduled for Friday, December 15, 2000, at 9:00 am before Judge Michael J. Davis in Courtroom 14 East of the U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: October 24, 2000

FRANCIS E. DOSAL
Clerk of U.S. District Court

Angela Chianelli
Angela Chianelli, Deputy Clerk
(612) 664-5073

FILED OCT 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____